JENNER & BLOCK LLP
Vincent E. Lazar
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-2989
Email: vlazar@jenner.com

*Counsel for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538-RDD<br><br>(Jointly Administered) |
| Sears, Roebuck and Co., Kmart Holding Corporation, California Builder Appliances, Inc., Florida Builder Appliances, Inc. and StarWest, LLC,<br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>Electrolux Home Products, Inc.dba Electrolux Major Appliances,<br>　　　　　　　　　　　　　　Defendant. | Adv. No. 20-06589 |

**STIPULATED ORDER EXTENDING DEADLINES UNDER ORDERS ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY THE DEBTORS PURSUANT TO SECTIONS 502, 547, 548 AND 550 OF THE BANKRUPTCY CODE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Sears, Roebuck and Co., Kmart Holding Corporation, California Builder Appliances, Inc., Florida Builder Appliances, Inc., and StarWest, LLC. (the "Plaintiffs" or "Debtors"), each a debtor in the above-captioned chapter 11 case, and Electrolux Home Products, Inc. dba Electrolux Major Appliances (the "Defendant" and, together with Plaintiffs, the "Parties") through their respective counsel, enter into this *Stipulation Extending Deadlines Under Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought By The Debtors Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code*.

1. On October 9, 2020 Plaintiffs filed their *Complaint To Avoid And Recover Transfers Pursuant To 11 U.S.C. §§547, 548, And 550 And To Disallow Claims Pursuant To 11 U.S.C. § 502*.

2. On November 2, 2020, Plaintiffs filed a *Motion For Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought By The Debtors Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code* (the "Motion").

3. On December 2, 2020, the *Order On Motion For An Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total In Controversy Greater Than $500,000 Brought By The Debtors Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code* (the "Procedures Order") related to Plaintiffs' Motion was entered.

4. On December 4, 2020, the Court entered a *Stipulated Order for Inclusion on Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought By The Debtors Pursuant To Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. Dkt. 5] under which the Parties agreed to adhere to the deadlines set forth in the Procedures Order.

5. The Parties hereby agree that the applicability of the Procedures Order and all deadlines set forth therein shall be stayed indefinitely to enable the Parties to engage in settlement

discussions.

6. If the Parties are unable to reach a settlement, the Parties shall file a separate stipulation setting forth mutually agreeable deadlines in lieu of those contained in the Procedures Order.

**AGREED TO BY**

| ASK LLP | JENNER & BLOCK LLP |
|---|---|
| */s/ Gary D. Underdahl* | */s/ Vincent E. Lazar* |
| Gary D. Underdahl, Esq. | Vincent E. Lazar |
| 2600 Eagan Woods Drive, Suite 400 | 353 North Clark Street |
| St. Paul, MN 55121 | Chicago, IL 60654-3456 |
| Telephone: (651) 289-3857 | Telephone: (312) 923-2989 |
| Fax: (651) 406-9676 | Email: vlazar@jenner.com |
| Email: gunderdahl@askllp.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

**SO ORDERED**

Dated: _____
      White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE